1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MARK D. LIPTON, State Bar #152864
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:  (415) 554-4218
6  Facsimile:   (415) 554-3837
   E-Mail:      mark.lipton@sfcityatty.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL DEUSCHEL, | Case No. |
|---|---|
| Plaintiff, | **NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT** |
| vs. | |
| THE UC REGENTS MEDICAL CENTERS UC LOS ANGELES, UC SAN FRANCISCO, UC IRVINE, UC SAN DIEGO, SAN FRANCISCO GENERAL HOSPITAL, HARBOR-UCLA HOSPITAL, SAN FRANCISCO HEALTH PLAN, and DOES 1 through 100, inclusive, | **(28 U.S.C. § 1441(a): FEDERAL QUESTION)** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant CITY AND COUNTY OF SAN FRANCISCO ("CCSF") hereby removes to this United States District Court for the Central District of California the above-captioned action filed in the Superior Court of the State of California in and for the County of Los Angeles, pursuant to 28 U.S.C. sections 1441 and 1446.

///

Defendant presents the following facts:

1. On November 8, 2017, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Michael Deuschel v. The UC Regents Medical Centers UC Los Angeles, UC San Francisco, UC Irvine, UC San Diego, San Francisco General Hospital, Harbor-UCLA Hospital, San Francisco Health Plan*, and Does 1-100, inclusive, as Case Number BS171463. (Ex. A)

2. On February 16, 2018, Defendant CCSF filed a Demurrer. Subsequently, other defendants also filed demurrers.

3. On June 29, 2018 and August 17, 2018, the Superior Court granted Plaintiff's requests for temporary stays of the action for medical reasons and continued the hearing on the demurrers to September 20, 2018. (Ex. B)

4. On September 17, 2018, Plaintiff filed an Amended Complaint. (Ex. C)

5. On September 25, 2018, the trial court sustained, in part, and overruled, in part, the defendants' demurrers and granted Plaintiff 20 days leave to amend. The court specifically held that it would not consider Plaintiff's Amended Complaint because it was untimely filed on September 17, 2018 and directed Plaintiff to either re-file that Amended Complaint or file a different amended pleading. (Ex. D)

6. On October 15, 2018, Plaintiff filed a different amended pleading: "Notice of and Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief and Damages" ("FAC"). (Ex. E)

7. The FAC includes two causes of action based upon laws of the United States: the Sixth Cause of Action is brought under Title II of the Americans with Disabilities Act; and the Seventh Cause of Action is brought under Section 504 of the Rehabilitation Act.

This action may properly be removed to this Court pursuant to 28 U.S.C. §1441 because the FAC alleges violations of laws of the United States.

To the extent that the FAC alleges a claim or cause of action other than violations of rights under the laws of the United States, said causes of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

All other process, pleadings and other orders served upon Defendants in this action will be forwarded forthwith when they are retrieved from the Superior Court docket.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for Los Angeles County, the forum in which the removed action was pending.

Defendant will promptly file a Notice of this Removal with the Clerk of the Superior Court for Los Angeles County and serve the Notice on all parties.

WHEREFORE, Defendant CCSF prays that the above action now pending in the Superior Court of the State of California in and for the County of Los Angeles be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. §1441, et. seq.

Dated:  November 13, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARK D. LIPTON
Deputy City Attorney

By: */s/ Mark D. Lipton*
MARK D. LIPTON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO